JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BING ZOU,

                    Petitioner,

         v.

WARDEN OF ADELANTO ICE
PROCESSING CENTER, et al.,

                    Respondents.

Case No. 5:26-cv-02961-PD

**JUDGMENT**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Count One and the remaining count is dismissed without prejudice.

DATED: June 15, 2026



_____
Patricia Donahue
United States Magistrate Judge